UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                                  PLAINTIFF

v.                                   CASE NO. 2:23-CR-20007-001

ERNEST MONTEZ COLLINS                                                                                     DEFENDANT

## ORDER

The Court ADOPTS the report and recommendation (Doc. 30) entered in this case and accepts Defendant's plea of guilty to Count 1 of the indictment. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this 8th day of February, 2024.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE